IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 09-10850 SEK |
|---|---|
| EDGARDO DIAZ LABRADOR<br>Debtor(s) | CHAPTER 13 |

MOTION SUBMITTING POST CONFIRMATION MODIFIED PLAN
PURSUANT TO 11 USC §1329 AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

1. Debtor is submitting a modified plan dated June 14, 2011, attached herein.

2. The modification is necessary in order for debtor to be able to prospectively cure post petition mortgage arrears incurred in mortgage loan with Scoatiabank Puerto Rico.

3. Debtor may comply with the proposed modified plan, and the proposed modified plan complies with all the requisites of 11 U.S.C. §1325.

   **WHEREFORE,** debtor respectfully prays that the Modified Plan dated June 14, 2011 be approved.

   **PARTIES IN INTEREST ARE NOTIFIED THAT THEY HAVE TWENTY ONE (21) DAYS TO OBJECT IN WRITING TO THE PROPOSED MODIFICATION OF THE PLAN.  THE PLAN MAY BE CONFIRMED WITHOUT A HEARING IF NO OBJECTION IS TIMELY FILED FRBP 2002 (a)(5). P.R. LBR 3015-2 (f)(2)(B) and (g)**

Respectfully submitted in San Juan, Puerto Rico, this June 14, 2011.

/

/

/

**CERTIFICATE OF SERVICE**: I hereby certify that on June 14, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: per attached master address list.

>	*/s/ Teresa M. Lube Capo*
>	TERESA M. LUBE CAPO, ESQ.
>	USDC 122205
>	LUBE & SOTO LAW OFFICES
>	1130 AVENIDA FD ROOSEVELT
>	HATO REY, PUERTO RICO 00920-2906
>	TEL.: 722-0909 FAX: 977-1709
>	E-MAIL: lubeysoto@gmail.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                               Case No. **09-10850 BKT**

**DIAZ LABRADOR, EDGARDO**                  Chapter **13**
                        Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **6/14/2011**
☐ PRE ☐ POST-CONFIRMATION           Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **165.00** x **24** = $ **3,960.00**
$ **225.00** x **36** = $ **8,100.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                   TOTAL: $ **12,060.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

     PROPOSED BASE: $ **12,060.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: **/s/ EDGARDO DIAZ LABRADOR**
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **SCOTIABANK**     Cr. **SCOTIABANK**     Cr. _____
# **POST**                # **PRE**                # _____
$ **2,585.22**         $ **4,337.97**        $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____     Cr. _____     Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
     **C.R.I.M.**         **SCOTIABANK**         **SCOTIABANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

---

Attorney for Debtor **Lube & Soto Law Offices, P.S.C.**      Phone: **(787) 722-0909**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **DIAZ LABRADOR, EDGARDO** _____ Case No. **09-10850 BKT** _____

Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**- FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).**

**-ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.**

**--TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.**

**-POST PETITION ARREARS INCLUDED HEREIN TO BE PAID THROUGH PLAN INCLUDE THE BALANCE DUE AFTER A DIRECT PAYMENT OF $1,830.00, THAT IS $2,585.22 TO BE PAID THROUGH THE PLAN. DEBTOR HAS RESUMED MAKING DIRECT MORTGAGE INSTALLMENTS COMMENCING JUNE 2011.**

**-ADDITIONAL FEES OF $350.00 ARE BEING REQUESTED FOR POST CONFIRMATION WORK RELATED TO THIS MODIFICATION TO BE PAID THROUGH TRUSTEE PER GENERAL ORDER 03-01.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| DIAZ LABRADOR EDGARDO<br>1405 CHALETS DE SAN FERNANDO<br>CAROLINA PR  00987 | FIRSTBANK PR<br>CONSUMER LENDING O<br>SAN JUAN PR  00908 | SCOTIABANK<br>MORTGAGE SERVICING<br>PO BOX 71576<br>SAN JUAN PR  00936-2708 |
| LUBE & SOTO LAW OFFICES<br>PSC<br>1130 AVE FD ROOSEVELT<br>SAN JUAN PR  00920-2906 | HECTOR M GARCIA NUÑEZ<br>HC 6 BOX 10141<br>HATILLO PR  00659-6608 | SCOTIABANK<br>PO BOX 2649<br>SAN JUAN PR  00936-2230 |
| AEE<br>MARIA GORBEA BANKRUPTCY OFFICE<br>PO BOX 364267<br>SAN JUAN PR  00936-4267 | ISLAND FINANCE<br>ORIENTAL GROUP BUILDING<br>998 CALLE SAN ROBERTO STE 3000<br>SAN JUAN PR  00926-2731 | THE HOME DEPOT<br>HOME DEPOT CREDIT SERVICES<br>PO BOX 689100<br>DES MOINES IA  50364-0500 |
| BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN PR  00936-2708 | JOSE A CALZADA VAZQUEZ<br>HC 3 BOX 12922<br>CAROLINA PR  00987-9606 | |
| CRIM<br>CARMEN P FIGUEROA ESQ<br>PO BOX 195387<br>SAN JUAN PR  00919-5387 | KAREN A CALZADA ALVIRA<br>HC 3 BOX 12922<br>CAROLINA PR  00987-9606 | |
| CICA COLLECTION<br>PO BOX 12338<br>SAN JUAN PR  00914-0338 | PORTFOLIO RECOVERY<br>120 CORPORATE BLVD STE 1<br>NORFOLK VA  23502-4962 | |
| COLLECTION AND MANAGEMENT<br>ASSISTANCE INC<br>CAPITAL CENTER  SOUTH TOWER<br>239 AVE ARTERIAL HOSTOS STE 1102<br>SAN JUAN PR  00918-1477 | PORTFOLIO RECVRY AND AFFIL<br>ATTN: BANKRUPTCY<br>120 CORPORATE BLVD STE 100<br>NORFOLK VA  23502-4962 | |
| DEPARTMENT OF THE TREASURY<br>BANKRUPTCY SECTION (424-B)<br>PO BOX 9024140<br>SAN JUAN PR  00902-4140 | PR ACQUISITIONS LLC<br>270 AVE MUNOZ RIVERA STE 400<br>SAN JUAN PR  00918-1903 | |
| DEPT TRANSPORTACION & OBRAS<br>PUBLICAS<br>PO BOX 41269<br>SAN JUAN PR  00940-1269 | RODRIGUEZ FERNANDEZ LAW OFFICES<br>PSC<br>PO BOX 71418<br>SAN JUAN PR  00936-8518 | |
| FIRST BANK<br>PO BOX 19327<br>SAN JUAN PR  00910-1327 | RONCOLI BAERGA & ASSOCIATES<br>COLLECTION AGENCY<br>PO BOX 363894<br>SAN JUAN PR  00936-3894 | |