UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 09-10850-BKT

EDGARDO DIAZ LABRADOR

　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

　　　　DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**　　　Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0**　　　**R2016 STM**. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,500.00　　Fees paid: $2,267.96　　Fees Outstanding: $232.04**

With respect to the proposed (amended) Plan dated: **6/14/2011** (Dkt 32).　　　Plan Base: **12,060.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility [§1325(a)(6)]: Default in payments to Trustee.
　　Under proposed plan Debtor has $165.00 in arrears with Trustee. In order to receive a favorable report Debtor must be up to date with plan payments.

- Feasibility [§1325(a)(6)]: There is/are no allowed claim(s) for creditor(s) dealt in the plan [FRBP RULE 3021].
　　Allowed secured creditor Scotia Bank has not file any claims regarding post petition arrears. In order to determine the sufficiency of the plan and to receive distribution a claim must be filed.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

　In San Juan, Puerto Rico this June 22, 2011.

　　　　　　　　　　　　　　　　　　/s/ Jose R. Carrion
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSE R. CARRION
　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　PO Box 9023884, San Juan, PR 00902-3884
JQA　　　　　　　　　　　　　　　　Tel. (787) 977-3535　Fax (787) 977-3550